# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ISAI CONSTANTINO-ORNELAS (1),<br><br>            Defendant. | CASE NO. 15CR0011-H<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__x__  of the offense(s) as charged in the Indictment/Information:

    8:1326(a) and (b) - Attempted Reentry of Removed Alien (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/26/2015

                                    Honorable Bernard G. Skomal
                                    U.S. Magistrate Judge



FILED
FEB 26 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY